1  SULLIVAN LAW
   A Professional Corporation
2  J. D. Sullivan, CA Bar No. 98057
   Gene M. Kaufmann, CA Bar No. 181355
3  1625 Highway 88, Suite 401
   Minden, Nevada 89423
4
   Telephone:   (775) 782-6915
5  Telecopier:  (775) 782-3439

6  Attorneys for Plaintiff,
   MARY CAPURRO
7
   PORTER | SCOTT
8  A PROFESSIONAL CORPORATION
   David A Melton, SBN 176340
9  Colleen R. Howard, SBN 257661
   350 University Ave., Suite 200
10 Sacramento, CA 95825

11 Telephone: (916) 929-1481
   Telecopier: (916) 927-3706
12
   Attorneys for Defendant,
13 WAL-MART STORES, Inc.

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17

18
   MARY CAPURRO, a Nevada           **Case No.: 2:11-cv-02785-JAM-**
19 citizen,                         **GGH**

20                  Plaintiff,      **STIPULATION AND ORDER FOR**
                                    **LEAVE FOR PLAINTIFF TO FILE**
21           vs.                    **HER SECOND AMENDED COMPLAINT**

22 WAL-MART STORES, INC., a
   Delaware corporation, dba
23 Walmart, and DOES 1 through
   50, inclusive,
24
                    Defendants.
25 _____/

26     COMES NOW Plaintiff, MARY CAPURRO, by and through her

27 counsel of record, Sullivan Law, and Defendant, WAL-MART STORES,

28 INC., by and through its counsel of record, Porter | Scott, and

1  hereby stipulate to grant leave to Plaintiff to file her Second

2  Amended Complaint in this case.

3  Dated:  March 7, 2012          SULLIVAN LAW
                                  A Professional Corporation
4

5
                                  By:  /s/ Gene M. Kaufmann
6
                                  Attorneys for Plaintiff,
7                                 MARY CAPURRO

8

9

10 Dated:  March 2, 2012          PORTER | SCOTT
                                  A Professional Corporation
11

12                                By:  /s/ Colleen R. Howard

13                                Attorneys for Defendant,
                                  WAL-MART STORES, INC.
14

15

16                                **ORDER**

17

18 IT IS SO ORDERED.

19 DATED: 3/7/2012

20                                /s/ John A. Mendez
                                  UNITED STATES DISTRICT COURT JUDGE
21

22

23

24

25

26

27

28
                                  2