```
 1  SULLIVAN LAW
    A Professional Corporation
 2  J. D. Sullivan, CA Bar No. 98057
    Gene M. Kaufmann, CA Bar No. 181355
 3  1625 Highway 88, Suite 401
    Minden, Nevada 89423
 4
    Telephone:   (775) 782-6915
 5  Telecopier:  (775) 782-3439
 6  Attorneys for Plaintiff,
    MARY CAPURRO
 7
    PORTER | SCOTT
 8  A PROFESSIONAL CORPORATION
    David A Melton, SBN 176340
 9  Colleen R. Howard, SBN 257661
    350 University Ave., Suite 200
10  Sacramento, CA 95825
11  Telephone: (916) 929-1481
    Telecopier: (916) 927-3706
12
    Attorneys for Defendant,
13  WAL-MART STORES, Inc.
14
                     UNITED STATES DISTRICT COURT
15
                     EASTERN DISTRICT OF CALIFORNIA
16
```

| | |
|---|---|
| MARY CAPURRO, a Nevada citizen, | **Case No.: 2:11-cv-02785-JAM-GGH** |
| Plaintiff, | **STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE HER SECOND AMENDED COMPLAINT** |
| vs. | |
| WAL-MART STORES, INC., a Delaware corporation, dba Walmart, and DOES 1 through 50, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff, MARY CAPURRO, by and through her counsel of record, Sullivan Law, and Defendant, WAL-MART STORES, INC., by and through its counsel of record, Porter | Scott, and

hereby stipulate to grant leave to Plaintiff to file her Second Amended Complaint in this case.

Dated:  March 7, 2012        SULLIVAN LAW
                             A Professional Corporation


                        By:  /s/ Gene M. Kaufmann

                             Attorneys for Plaintiff,
                             MARY CAPURRO




Dated:  March 2, 2012        PORTER | SCOTT
                             A Professional Corporation


                        By:  /s/ Colleen R. Howard

                             Attorneys for Defendant,
                             WAL-MART STORES, INC.


**ORDER**


IT IS SO ORDERED.

DATED: 3/7/2012

                             /s/ John A. Mendez
                             UNITED STATES DISTRICT COURT JUDGE

2